# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
FEB - 2 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Andrew Mark Allen
MARK
Allen
(Full name of the Plaintiff(s) in this action)

v.

J J Scarborough Jailer

_____

_____

_____

(Full name of the Defendant(s) in this action)

3:23-CV-55-DJH

CIVIL ACTION NO. ✓
(To be supplied by the clerk)

(_) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Andrew Mark Allen

Place of Confinement: Logan Co Detition Center

Address: 304 W 3rd Street Russelville Ky 42276

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __JJ Scarborough Jailer__ is employed as __Jailer__ at __Mead Co Detention Center__.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____
_____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

When I went to seg they took all my clothes and gave me scrubs with human fecies in the seat of them, also while I was in there the did not give me toilet paper and the toilt only flushed every 3 to 4 hours. two other guys in the cell with me with a toilet that dont work my 8th admendments was violated the toilet worked but we was not allowed to fluse it but every 3 to 4 hours I was also put on the floor in the county side with no boad and only one mat. while I was being stripped searched Depty Matt made me open my mouth with the same hand he made me lift my privets and spread my buttox. they didnt give us@ an hour out the cell for 10 days I only got 1 hr out of the cell.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__✓__ award money damages in the amount of $ __600,100,000__

_____ grant injunctive relief by_____

_____ award punitive damages in the amount of $_____

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __23__ day of __January__, 20__23__

_____Andrew All_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__✓__ award money damages in the amount of $ _$100,000_

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ _____

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _13_ day of _December_, 20_22_

_Andrew M. Allen_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Andrew Allen
LOGAN CNTY DETENTION CTR
304 W 3RD ST
RUSSELLVILLE KY 42276-1315

**INMATE MAIL UNCENSORED**

Clerk United States District Court
OWENSBORO
423 Frederica Street, suite 126
Owensboro, KY 42301-3013

NASHVILLE TN 370
31 JAN 2023 PM 2 L

