UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:23CV-P55-JHM

ANDREW MARK ALLEN                                                PLAINTIFF

v.

J.J. SCARBOROUGH                                                DEFENDANT

### ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:    June 22, 2023

*[signature]*

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:     Plaintiff, *pro se*
4414.010